IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RACHEL MOSSER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC.<br><br>Defendant. | 1:25-CV-169 |

**JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment, it is hereby ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

This the 12th day of June, 2026.

*/s/ David A. Bragdon*
United States District Judge